DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORDELL ALLEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-217

[February 27, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 472017CF000110A.

Carey Haughwout, Public Defender, and Stacey Kime, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST, JJ., and GILLESPIE, KENNETH, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***